UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRIDENT SEAFOODS CORPORATION, a Washington corporation,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>MISS BRENDA, O.N. 634181, its Engines, Machinery, Appurtenances, etc., *In Rem,*<br>and<br>JACK BERNTSEN individually and MISS BRENDA, LLC an Alaska limited liability company, *In Personam*,<br>　　　　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. 3:25-cv-05145<br><br><br><br>**ORDER AUTHORIZING ARREST OF VESSEL** |

Upon the motion of Plaintiff, Dkt. 11, and after review of the record and files herein, including the Amended Verified Complaint on file, Dkt. 10, and finding that probable cause for arrest exists, it is

ORDERED that the Clerk shall issue a warrant for the arrest of the defendant vessel MISS BRENDA, O.N. 634181, its engines, machinery, appurtenances, etc.

ORDER AUTHORIZING ARREST OF VESSEL - 1

SO ORDERED this 26th day of February, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER AUTHORIZING ARREST OF VESSEL - 2