UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRIDENT SEAFOODS CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MISS BRENDA, O.N. 634181, its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>and<br><br>JACK BERNTSEN individually and MISS BRENDA, LLC an Alaska limited liability company, *In Personam*,<br>　　　　　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. 3:25-cv-05145-TMC<br><br><br>**AMENDED ORDER AUTHORIZING ARREST OF VESSEL** |

Upon the motion of Plaintiff, and after review of the record and files herein, including the Verified Complaint on file, the Motion for Amended Order Authorizing Arrest and accompanying Declaration, and finding that probable cause for arrest and amending the arrest order exists, it is

ORDERED that the Clerk shall issue a warrant for the arrest of the defendant vessel MISS BRENDA, O.N. 634181, its engines, machinery, appurtenances, etc.

In carrying out the arrest, the U.S. Marshal is authorized and directed to take any and all necessary actions, including but not limited to the use of reasonable force, to enter

ORDER AUTHORIZING ARREST OF VESSEL - Page 1
*Trident vs. MISS BRENDA, et al.*
Case No. 3:25-cv-05145-TMC

and remain on the premises, which includes, but is not limited to, the land, the buildings, vehicles and any structures located thereon, for the purpose of executing this Order. The U.S. Marshal is further authorized and directed to arrest and/or evict from the premises any and all persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way with the execution of this Order

SO ORDERED this 18th day of March, 2025.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ARREST OF VESSEL - Page 2
*Trident vs. MISS BRENDA, et al.*
Case No. 3:25-cv-05145-TMC